UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DANIEL SANTIAGO,

        Plaintiff,              Case No. 1:22-cv-591

v.                                                 Honorable Phillip J. Green

HEIDI WASHINGTON, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  September 19, 2022                /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge